**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

03-MDL-1570 (GBD)(SN)

-------------------------------------------------------------X

SUZZANNE ANDERSON,

NICOLE MARIE CASARA,

ANDRE COX,

ANDRE COX, as Representative of the Estate of VIKKI ALLYN TURNER-COX, Deceased,

ARMOND RHIAN COX,

JENNIFER E. CURATTALO,

MARIA A. FIERRO-SWITZER,

MARIA A. FIERRO-SWITZER, as Representative of the Estate of WILLIAM E. SWITZER, Deceased,

JEANNINE GRUDZIEN,

AMANDA L. GUIDICE,

JANINE LEVITT,

JANINE LEVITT, as Representative of the Estate of FRANK RICHARD SVOBODA, Deceased,

RICHARD LICHTENSTEIN,

AMANDA B. MAX,

KELLY MAUREEN MIGLIACCIO,

INGRID M. MORALES,

**INGRID M. MORALES, as Representative of the Estate of MICHAEL PATRICK SHEA, Deceased,**

**LINDA KAREN PEROTTI,**

**DONNA JEAN RAIMONDI,**

**DONNA JEAN RAIMONDI, as Representative of the Estate of MICHAEL RAIMONDI, JR., Deceased,**

**GIANNA MARY RAIMONDI,**

**JEANINE ANTONIA RAIMONDI,**

**JOHN RAKIS,**

**JOHN RAKIS, as Representative of the Estate of FREDDIE WALLACE-RAKIS, Deceased,**

**PATRICIA REILLY,**

**PATRICIA REILLY, as Representative of the Estate of ROBERT J. REILLY, Deceased,**

**ANTOLINO REXACH, JR.,**

**DANIEL REXACH,**

**JUSTIN F. REXACH,**

**PRECILLA REXACH,**

**PRECILLA REXACH, as Representative of the Estate of ANTOLINO REXACH, Deceased,**

**ASHLEY NICOLE RODENHEISER,**

**COLLEEN MARIE RODENHEISER,**

**COLLEEN MARIE RODENHEISER, as Representative of the Estate of RICHARD EDMUND RODENHEISER, Deceased,**

**SAMANTHA JOANNE RODENHEISER,**

**JASON ROLON,**

JASON ROLON, as Representative of the Estate of
ROBERT ROLON, Deceased,

MELISSA ROTHBERG,

JACOB ROZENBERG,

JACOB ROZENBERG, as Representative of the Estate
of BORIS ROZENBERG, Deceased,

COLIN MICHAEL SARGENT, JR.,

LINDA L. SARGENT,

LINDA L. SARGENT, as Representative of the Estate of
COLIN MICHAEL SARGENT, Deceased,

PATRICIA A. SARGENT,

KAREN SHERMAN,

KAREN SHERMAN, as Representative of the Estate of
HOWARD BERNARD SHERMAN, Deceased,

ROBIN SHERMAN,

EILEEN SHIPSEY,

EILEEN SHIPSEY, as Representative of the Estate of
MICHAEL F. SHIPSEY, Deceased,

JOSEPH G. SIMMONS,

JUDI P. SIMMONS,

JUDI P. SIMMONS, as Representative of the Estate of
MARTIN C. SIMMONS, Deceased,

KEVIN W. SIMMONS,

RYAN P. SIMMONS,

CHRISTINA SITACA,

THOMAS JOHN SITACA,

LISA SONITIS,

JOSEPHINE ANN SVOBODA,

JOHN THOMAS SWITZER,

SAMANTHA M. SWITZER,

EVELYN THOMAS,

EVELYN THOMAS, as Representative of the Estate of GEORGE M. THOMAS, Deceased,

MARK THOMAS,

KRISTA LYNN THOMPSON,

GWENDOLYN AUDREY LEE TURNER,

KENNETH HERMAN TURNER,

MARK OWENS TURNER,

NANCY LOUISE TURNER,

HELEN VAUGHAN,

HELEN VAUGHAN, as Representative of the Estate of STEPHEN VAUGHAN, Deceased,

JOHN VAUGHAN,

NICHOLAS VAUGHAN,

CHRISTOPHER WALSH,

DANIEL PATRICK WALSH,

DAVID JOSEPH WALSH,

MARY WALSH,

RICHARD WALSH,

RICHARD WALSH, as Representative of the Estate of ELIZABETH ANN WALSH, Deceased,

**GABRIELLE PAIGE YAMASHITA,**

Plaintiffs,

-against-                                             **IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

**ISLAMIC REPUBLIC OF IRAN**

Defendant.

-------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15,

2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint:

- ✓ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

- ☐ Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

- ☐ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 et seq. (the Anti-Terrorism Act or ATA)

  As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18

2

U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the Havlish filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5.   The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

    f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in

this Iran Short Form Complaint as appropriate.

Dated: January 14, 2020

                                            Respectfully submitted,

                                            /s/ Barry Salzman
                                            Barry Salzman
                                            Michael Barasch
                                            Barasch & McGarry, P.C.
                                            11 Park Place
                                            18th Floor
                                            New York, NY 10007
                                            Phone: 212.385.8000
                                            Fax: 212.385.7845

                                            Aryeh S. Portnoy
                                            Glen G. McGorty
                                            Michelle Ann Gitlitz
                                            Crowell & Moring LLP
                                            590 Madison Avenue
                                            20th Floor
                                            New York, NY 10022
                                            Phone: 212.223.4000
                                            Fax: 212.223.4134

                                            COUNSEL FOR PLAINTIFFS

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Suzzanne Anderson | NY | US | Stephen Vaughan | Sister | US | Solatium |
| 2. | Nicole Marie Casara | NY | US | Colin Michael Sargent | Daughter | US | Solatium |
| 3. | Andre Cox | NJ | US | Vikki Allyn Turner-Cox | Husband | US | Solatium |
| 4. | Andre Cox as Representative of the Estate of Vikki Allyn Turner-Cox | NJ | US | Vikki Allyn Turner-Cox | Personal Representative | US | Wrongful Death/Survival Action |
| 5. | Armond Rhian Cox | NJ | US | Vikki Allyn Turner-Cox | Son | US | Solatium |

1

| # | Name | State | Country | Decedent | Relationship | Decedent Country | Claim |
|---|------|-------|---------|----------|--------------|------------------|-------|
| 7. | Jennifer E. Curattalo | NJ | US | Michael F. Shipsey | Daughter | US | Solatium |
| 8. | Maria A. Fierro-Switzer | NY | US | William E. Switzer | Wife | US | Solatium |
| 9. | Maria A. Fierro-Switzer as Representative of the Estate of William E. Switzer | NY | US | William E. Switzer | Personal Representative | US | Wrongful Death/Survival Action |
| 10. | Jeannine Grudzien | NJ | US | Thomas Flavian Sitaca | Daughter | US | Solatium |
| 11. | Amanda L. Guidice | NJ | US | Thomas Flavian Sitaca | Daughter | US | Solatium |
| 12. | Janine Levitt | NJ | US | Frank Richard Svoboda | Daughter | US | Solatium |
| 13. | Janine Levitt as Representative of the Estate of Frank Richard Svoboda | NJ | US | Frank Richard Svoboda | Personal Representative | US | Wrongful Death/Survival Action |
| 14. | Richard Lichtenstein | VT | US | Roberta J. Vrona-Lichtenstein | Husband | US | Solatium |
| 15. | Amanda B. Max | NY | US | Howard Bernard Sherman | Daughter | US | Solatium |

|    | Name | State | Country | Decedent | Relationship | Citizenship | Claim |
|----|------|-------|---------|----------|--------------|-------------|-------|
| 16. | Kelly Maureen Migliaccio | NY | US | Colin Michael Sargent | Daughter | US | Solatium |
| 17. | Ingrid M. Morales | NY | US | Michael Patrick Shea | Wife | US | Solatium |
| 18. | Ingrid M. Morales as Representative of the Estate of Michael Patrick Shea | NY | US | Michael Patrick Shea | Personal Representative | US | Wrongful Death/Survival Action |
| 19. | Linda Karen Perotti | NJ | US | George M. Thomas | Daughter | US | Solatium |
| 20. | Donna Jean Raimondi | CT | US | Michael Raimondi, Jr. | Wife | US | Solatium |
| 21. | Donna Jean Raimondi as Representative of the Estate of Michael Raimondi, Jr. | CT | US | Michael Raimondi, Jr. | Personal Representative | US | Wrongful Death/Survival Action |
| 22. | Gianna Mary Raimondi | CT | US | Michael Raimondi, Jr. | Daughter | US | Solatium |
| 23. | Jeanine Antonia Raimondi | CT | US | Michael Raimondi, Jr. | Daughter | US | Solatium |
| 24. | John Rakis | NY | US | Freddie Wallace-Rakis | Husband | US | Solatium |
| 25. | John Rakis as Representative of the Estate of Freddie Wallace-Rakis | NY | US | Freddie Wallace-Rakis | Personal Representative | US | Wrongful Death/Survival Action |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26. | Patricia Reilly | FL | US | Robert J. Reilly | Wife | US | Solatium |
| 27. | Patricia Reilly as Representative of the Estate of Robert J. Reilly | NJ | US | Robert J. Reilly | Personal Representative | US | Wrongful Death/Survival Action |
| 28. | Antolino Rexach, Jr. | NY | US | Antolino Rexach | Son | US | Solatium |
| 29. | Daniel Rexach | OK | US | Antolino Rexach | Son | US | Solatium |
| 30. | Justin F. Rexach | OK | US | Antolino Rexach | Son | US | Solatium |
| 31. | Precilla Rexach | OK | US | Antolino Rexach | Wife | US | Solatium |
| 32. | Precilla Rexach as Representative of the Estate of Antolino Rexach | OK | US | Antolino Rexach | Personal Representative | US | Wrongful Death/Survival Action |
| 33. | Ashley Nicole Rodenheiser | VA | US | Richard Edmund Rodenheiser | Daughter | US | Solatium |
| 34. | Colleen Marie Rodenheiser | VA | US | Richard Edmund Rodenheiser | Wife | US | Solatium |
| 35. | Colleen Marie Rodenheiser as Representative of the Estate of Richard Edmund Rodenheiser | VA | US | Richard Edmund Rodenheiser | Personal Representative | US | Wrongful Death/Survival Action |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36. | Samantha Joanne Rodenheiser | VA | US | Richard Edmund Rodenheiser | Daughter | US | Solatium |
| 37. | Jason Rolon | NY | US | Robert Rolon | Son | US | Solatium |
| 38. | Jason Rolon as Representative of the Estate of Robert Rolon | FL | US | Robert Rolon | Personal Representative | US | Wrongful Death/Survival Action |
| 39. | Melissa Rothberg | NY | US | Howard Bernard Sherman | Daughter | US | Solatium |
| 40. | Jacob Rozenberg | NY | US | Boris Rozenberg | Son | US | Solatium |
| 41. | Jacob Rozenberg as Representative of the Estate of Boris Rozenberg | NY | US | Boris Rozenberg | Personal Representative | US | Wrongful Death/Survival Action |
| 42. | Colin Michael Sargent, Jr. | NY | US | Colin Michael Sargent | Son | US | Solatium |
| 43. | Linda L. Sargent | NY | US | Colin Michael Sargent | Wife | US | Solatium |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44. | Linda L. Sargent as Representative of the Estate of Colin Michael Sargent | NY | US | Colin Michael Sargent | Personal Representative | US | Wrongful Death/Survival Action |
| 45. | Patricia A. Sargent | NY | US | Colin Michael Sargent | Daughter | US | Solatium |
| 46. | Karen Sherman | NY | US | Howard Bernard Sherman | Wife | US | Solatium |
| 47. | Karen Sherman as Representative of the Estate of Howard Bernard Sherman | NY | US | Howard Bernard Sherman | Personal Representative | US | Wrongful Death/Survival Action |
| 48. | Robin Sherman | NY | US | Howard Bernard Sherman | Daughter | US | Solatium |
| 49. | Eileen Shipsey | FL | US | Michael F. Shipsey | Wife | US | Solatium |
| 50. | Eileen Shipsey as Representative of the Estate of Michael F. Shipsey | FL | US | Michael F. Shipsey | Personal Representative | US | Wrongful Death/Survival Action |
| 51. | Joseph G. Simmons | NY | US | Martin C. Simmons | Son | US | Solatium |
| 52. | Judi P. Simmons | NY | US | Martin C. Simmons | Wife | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 53. | Judi P. Simmons as Representative of the Estate of Martin C. Simmons | NY | US | Martin C. Simmons | Personal Representative | US | Wrongful Death/Survival Action |
| 54. | Kevin W. Simmons | NY | US | Martin C. Simmons | Son | US | Solatium |
| 55. | Ryan P. Simmons | NY | US | Martin C. Simmons | Son | US | Solatium |
| 56. | Christina Sitaca | NJ | US | Thomas Flavian Sitaca | Wife | US | Solatium |
| 57. | Thomas John Sitaca | NJ | US | Thomas Flavian Sitaca | Son | US | Solatium |
| 58. | Lisa Sonitis | NY | US | Robert Rolon | Daughter | US | Solatium |
| 59. | Josephine Ann Svoboda | NJ | US | Frank Richard Svoboda | Wife | US | Solatium |
| 61. | John Thomas Switzer | NC | US | William E. Switzer | Brother | US | Solatium |
| 62. | Samantha M. Switzer | NY | US | William E. Switzer | Daughter | US | Solatium |
| 63. | Evelyn Thomas | NY | US | George M. Thomas | Wife | US | Solatium |

7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64. | Evelyn Thomas as Representative of the Estate of George M. Thomas | NY | US | George M. Thomas | Personal Representative | US | Wrongful Death/Survival Action |
| 65. | Mark Thomas | NY | US | George M. Thomas | Son | US | Solatium |
| 66. | Krista Lynn Thompson | NJ | US | Frank Richard Svoboda | Daughter | US | Solatium |
| 67. | Gwendolyn Audrey Lee Turner | GA | US | Vikki Allyn Turner-Cox | Mother | US | Solatium |
| 68. | Kenneth Herman Turner | NJ | US | Vikki Allyn Turner-Cox | Brother | US | Solatium |
| 69. | Mark Owens Turner | GA | US | Vikki Allyn Turner-Cox | Brother | US | Solatium |
| 70. | Nancy Louise Turner | NC | US | Vikki Allyn Turner-Cox | Sister | US | Solatium |
| 71. | Helen Vaughan | NY | US | Stephen Vaughan | Wife | US | Solatium |
| 72. | Helen Vaughan as Representative of the Estate of Stephen Vaughan | NY | US | Stephen Vaughan | Personal Representative | US | Wrongful Death/Survival Action |
| 73. | John Vaughan | NY | US | Stephen Vaughan | Brother | US | Solatium |
| 74. | Nicholas Vaughan | NY | US | Stephen Vaughan | Son | US | Solatium |
| 75. | Christopher Walsh | NY | US | Elizabeth Ann Walsh | Son | US | Solatium |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76. | Daniel Patrick Walsh | NY | US | Elizabeth Ann Walsh | Son | US | Solatium |
| 77. | David Joseph Walsh | NY | US | Elizabeth Ann Walsh | Son | US | Solatium |
| 78. | Mary Walsh | NY | US | Elizabeth Ann Walsh | Daughter | US | Solatium |
| 79. | Richard Walsh | NY | US | Elizabeth Ann Walsh | Husband | US | Solatium |
| 80. | Richard Walsh as Representative of the Estate of Elizabeth Ann Walsh | NY | US | Elizabeth Ann Walsh | Personal Representative | US | Wrongful Death/Survival Action |
| 81. | Gabrielle Paige Yamashita | VA | US | Richard Edmund Rodenheiser | Daughter | US | Solatium |

9