**EXHIBIT A**

| | EXHIBIT A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM |
| 1 | Michael | | Raimondi | Jr. | Donna | Jean | Raimondi | | Wife | $12,500,000 |
| 2 | Michael | | Raimondi | Jr. | Gianna | Mary | Raimondi | | Daughter | $8,500,000 |
| 3 | Michael | | Raimondi | Jr. | Jeanine | Antonia | Raimondi | | Daughter | $8,500,000 |
| 4 | Robert | J. | Reilly | | Patricia | | Reilly | | Wife | $12,500,000 |
| 5 | Antolino | | Rexach | | Antolino | | Rexach | Jr. | Son | $8,500,000 |
| 6 | Antolino | | Rexach | | Daniel | | Rexach | | Son | $8,500,000 |
| 7 | Antolino | | Rexach | | Justin | F. | Rexach | | Son | $8,500,000 |
| 8 | Antolino | | Rexach | | Precilla | | Rexach | | Wife | $12,500,000 |
| 9 | Richard | Edmund | Rodenheiser | | Ashley | Nicole | Rodenheiser | | Daughter | $8,500,000 |
| 10 | Richard | Edmund | Rodenheiser | | Colleen | Marie | Rodenheiser | | Wife | $12,500,000 |
| 11 | Richard | Edmund | Rodenheiser | | Samantha | Joanne | Rodenheiser | | Daughter | $8,500,000 |
| 12 | Richard | Edmund | Rodenheiser | | Gabrielle | Paige | Yamashita | | Daughter | $8,500,000 |
| 13 | Robert | | Rolon | | Jason | | Rolon | | Son | $8,500,000 |
| 14 | Robert | | Rolon | | Lisa | | Sonitis | | Daughter | $8,500,000 |
| 15 | Boris | | Rozenberg | | Jacob | | Rozenberg | | Son | $8,500,000 |
| 16 | Colin | Michael | Sargent | | Nicole | Marie | Casara | | Daughter | $8,500,000 |
| 17 | Colin | Michael | Sargent | | Kelly | Maureen | Migliaccio | | Daughter | $8,500,000 |
| 18 | Colin | Michael | Sargent | | Colin | Michael | Sargent | Jr. | Son | $8,500,000 |
| 19 | Colin | Michael | Sargent | | Linda | L. | Sargent | | Wife | $12,500,000 |
| 20 | Colin | Michael | Sargent | | Patricia | A. | Sargent | | Daughter | $8,500,000 |
| 21 | Michael | Patrick | Shea | | Ingrid | M. | Morales | | Wife | $12,500,000 |
| 22 | Howard | Bernard | Sherman | | Melissa | | Rothberg | | Daughter | $8,500,000 |
| 23 | Howard | Bernard | Sherman | | Amanda | B. | Max | | Daughter | $8,500,000 |
| 24 | Howard | Bernard | Sherman | | Karen | | Sherman | | Wife | $12,500,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | Howard | Bernard | Sherman | Robin | | Sherman | Daughter | $8,500,000 |
| 26 | Michael | F. | Shipsey | Jennifer | E. | Curattalo | Daughter | $8,500,000 |
| 27 | Michael | F. | Shipsey | Eileen | | Shipsey | Wife | $12,500,000 |
| 28 | Martin | C. | Simmons | Joseph | G. | Simmons | Son | $8,500,000 |
| 29 | Martin | C. | Simmons | Judi | P. | Simmons | Wife | $12,500,000 |
| 30 | Martin | C. | Simmons | Kevin | W. | Simmons | Son | $8,500,000 |
| 31 | Martin | C. | Simmons | Ryan | P. | Simmons | Son | $8,500,000 |
| 32 | Thomas | Flavian | Sitaca | Jeannine | | Grudzien | Daughter | $8,500,000 |
| 33 | Thomas | Flavian | Sitaca | Amanda | L. | Guidice | Daughter | $8,500,000 |
| 34 | Thomas | Flavian | Sitaca | Christina | | Sitaca | Wife | $12,500,000 |
| 35 | Thomas | Flavian | Sitaca | Thomas | John | Sitaca | Son | $8,500,000 |
| 36 | Frank | Richard | Svoboda | Josephine | Ann | Svoboda | Wife | $12,500,000 |
| 37 | Frank | Richard | Svoboda | Janine | | Levitt | Daughter | $8,500,000 |
| 38 | Frank | Richard | Svoboda | Krista | Lynn | Thompson | Daughter | $8,500,000 |
| 39 | William | E. | Switzer | Maria | A. | Fierro-Switzer | Wife | $12,500,000 |
| 40 | William | E. | Switzer | John | Thomas | Switzer | Brother | $4,250,000 |
| 41 | William | E. | Switzer | Samantha | M. | Switzer | Daughter | $8,500,000 |
| 42 | George | M. | Thomas | Linda | Karen | Perotti | Daughter | $8,500,000 |
| 43 | George | M. | Thomas | Evelyn | | Thomas | Wife | $12,500,000 |
| 44 | George | M. | Thomas | Mark | | Thomas | Son | $8,500,000 |
| 45 | Vikki | Allyn | Turner-Cox | Andre | | Cox | Husband | $12,500,000 |
| 46 | Vikki | Allyn | Turner-Cox | Kenneth | Herman | Turner | Brother | $4,250,000 |
| 47 | Vikki | Allyn | Turner-Cox | Nancy | Louise | Turner | Sister | $4,250,000 |
| 48 | Vikki | Allyn | Turner-Cox | Armond | Rhian | Cox | Son | $8,500,000 |
| 49 | Vikki | Allyn | Turner-Cox | Gwendolyn | Audrey Lee | Turner | Mother | $8,500,000 |
| 50 | Vikki | Allyn | Turner-Cox | Mark | Owens | Turner | Brother | $4,250,000 |
| 51 | Stephen | | Vaughan | Suzzanne | | Anderson | Sister | $4,250,000 |
| 52 | Stephen | | Vaughan | Helen | | Vaughan | Wife | $12,500,000 |
| 53 | Stephen | | Vaughan | John | | Vaughan | Brother | $4,250,000 |
| 54 | Stephen | | Vaughan | Nicholas | | Vaughan | Son | $8,500,000 |
| 55 | Roberta | J. | Vrona- | Richard | | Lichtenstein | Husband | $12,500,000 |

|    |           |     | Lichtenstein       |             |         |        |          |              |
|----|-----------|-----|--------------------|-------------|---------|--------|----------|--------------|
| 56 | Freddie   |     | Wallace-Rakis      | John        |         | Rakis  | Husband  | $12,500,000  |
| 57 | Elizabeth | Ann | Walsh              | David       | Joseph  | Walsh  | Son      | $8,500,000   |
| 58 | Elizabeth | Ann | Walsh              | Christopher |         | Walsh  | Son      | $8,500,000   |
| 59 | Elizabeth | Ann | Walsh              | Daniel      | Patrick | Walsh  | Son      | $8,500,000   |
| 60 | Elizabeth | Ann | Walsh              | Mary        |         | Walsh  | Daughter | $8,500,000   |
| 61 | Elizabeth | Ann | Walsh              | Richard     |         | Walsh  | Husband  | $12,500,000  |