# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD)(SN)<br><br>ECF Case |
| This document relates to:<br><br>*Amin et al v. Islamic Republic of Iran*, No. 20-cv-00412<br>*Anderson et al v. Islamic Republic of Iran*, No. 20-cv-00354 | |

## [Proposed] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of successor Personal Representatives of the estates of Latent Injury Decedents for the previous Personal Representatives of those estates who have passed away; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on the attached Exhibit A are to be substituted as plaintiffs in the above captioned cases.

The Clerk of the Court is hereby directed to terminate the motion docketed at MDL ECF No. 9992, also docketed in related cases 20-cv-00354, at ECF No. 97, and 20-cv-00412, at ECF No. 103.

Dated: _____, 2024
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States Magistrate Judge