# EXHIBIT A

# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __9995__

Memorandum of law: ECF No. __9996__

Declaration & supporting exhibits: ECF No. __9997__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | Latent Injury Decedents for whom Magistrate Judge Netburn recommended compensatory damages awards, but whose personal representatives died before entry of judgment, resulting in recommended denial with leave to renew upon new appointment and substitution of real party. | FSIA (28 USC § 1605A) |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No. __9997__ at ¶ __3, 8__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. __9997__ at ¶ __8__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __6__ / __25__ / __2024__.

**SUBJECT MATTER JURISDICTION**

☑ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __8901, 9274__

☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

☑ The Court previously addressed personal jurisdiction over these defendants in ECF No. __8901, 9274__

☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

☑ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**
For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions  *list entries relevant to moving plaintiffs* | Alternative Service Order  *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment  *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 20-cv-00412 (S.D.N.Y) (GBD)(SN) ECF No. 13 (Amended Complaint) | 20-cv-00412, ECF No. 103 (6/24/2024); 03-md-01570, ECF No. 9992 (6/24/2024) | | 20-cv-00412, ECF No. 23 (6/28/2021) | 20-cv-00412, ECF No. 26 (6/28/2021) | 03-md-01570, ECF Nos. 8901, 9274 |
| 20-cv-00354 (S.D.N.Y) (GBD)(SN) ECF No. 11 (Amended Complaint) | 20-cv-00354, ECF No. 97 (6/24/2024); 03-md-01570, ECF No. 9992 (6/24/2024) | | 20-cv-00412, ECF No. 18 (6/28/2021) | 20-cv-00412, ECF No. 21 (6/28/2021) | 03-md-01570, ECF Nos. 8901, 9274 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |